**People of the State of Illinois, Plaintiff-Appellant, v. Donald Godbold, Defendant-Appellee.**

**Gen. No. 70–19.**

Second District.

September 17, 1970.

William V. Jopf, State's Attorney of DuPage County, of Wheaton, and James W. Jerz, Assistant State's Attorney, for appellant; Edward Zahour, of Chicago, for appellee. Opinion by JUSTICE MORAN. **Not to be published in full.**